```
United States Treasury Symbol 6855

Tue Mar 27 10:04:33 2007

UNITED STATES DISTRICT COURT

Eastrn District, VA

Receipt No.    100 194098
Cashier        rbroaden

Check Number: 7969

DO Code    Div No
4683          1

Sub Acct Type Tender      Amount
1:510000   H     2        190.00
2:086900   H     2         60.00
3:086400   N     2        100.00

Total Amount         $    350.00

1070V293

FILING FEE NEW SUIT


Tue Mar 27 19:04:33 2007

                        Check No.  7969

Amount   350.00
Pay any Federal Reserve Bank or
General Depository for credit to
```